IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RANDALL YOUNG | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CIVIL ACTION FILE |
| vs. | ) |
| | ) NO. 111;12-CV-03014-RLV |
| PROFESSIONAL TRANSPORTATION, | ) |
| INC., and | ) |
| RONALD D. ROMAIN, | ) Jury Trial Demanded |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

It appearing to the Court that the parties have reached agreement on the resolution of the issues presented in this case, and Plaintiff, through his counsel having moved that the matter be dismissed, it is the Order of this Court that the within matter is hereby dismissed.

This 21st day of Dec., 2012.

_____
ROBERT L. VINING, JUDGE